IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDY CLAYTON DAVIS**                                                                                  **PLAINTIFF**

V.                                   **CASE NO. 4:15-CV-00067 SWW/BD**

**T. SAXTON and LUKE WIMBERLY**                                              **DEFENDANTS**

## ORDER

Randy Clayton Davis, an inmate at the Faulkner County Detention Center, filed this lawsuit pro se under 42 U.S.C. § 1983.  (Docket entry #2)  Mr. Davis claims that he was unlawfully placed in a restraint chair by Defendants Saxton and Wimberly.  He sues these Defendants in both their individual and official capacities.  Mr. Davis did not include sufficient facts in his complaint to state a federal claim for relief, so on February 5, 2015, he was ordered to file an amended complaint within thirty days to provide additional information to support his constitutional claims.  (#3)  Mr. Davis was warned that his case could be dismissed if he did not amend his complaint.

Mr. Davis has not submitted an amended complaint, and the time allowed for doing so has passed.  Accordingly, Mr. Davis's claims against both Defendants are dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with a Court Order.  The Clerk is directed to close this case.

IT IS SO ORDERED this 23rd day of March 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE